No. 82–5008.   GAUVAIN *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–5009.   LAWSON *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 82–5011.   JOLIVETTE *v.* CITY OF LAFAYETTE ET AL. Sup. Ct. La.   Certiorari denied.

No. 82–5013.   MAZUR *v.* NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 82–5015.   WARD *v.* OHIO.   Ct. App. Ohio, Hancock County.   Certiorari denied.

No. 82–5017.   SELLERS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 82–5018.   WILLIAMS *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE.   C. A. 6th Cir.   Certiorari denied.

No. 82–5019.   BEACHBOARD *v.* BELL, SECRETARY OF EDUCATION.   C. A. D. C. Cir.   Certiorari denied.

No. 82–5021.   BUMGARDNER *v.* THOMAS ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 82–5023.   PERRY *v.* NEW JERSEY.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 82–5025.   ROSARIO *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 82–5026.   BARBEE *v.* RUTH ET AL.   C. A. 5th Cir. Certiorari denied.

No. 82–5027.   HUDAK *v.* CURATORS OF THE UNIVERSITY OF MISSOURI ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 82–5031.   WILSON *v.* SOWDERS ET AL.   C. A. 6th Cir. Certiorari denied.